## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| CHASITY S. SOLIZ, <br><br> Plaintiff, <br><br> v. <br><br> GC SERVICES LIMITED PARTNERSHIP, <br><br> Defendant. | Case No. 4:19-cv-03579 |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE CHASITY S. SOLIZ ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 17th day of October 2019.

                                                s/ Nathan C. Volheim
                                                Nathan C. Volheim, #6302103
                                                Sulaiman Law Group, Ltd.
                                                2500 S. Highland Avenue, Suite 200
                                                Lombard, IL 60148
                                                (630) 575-8181 x113
                                                nvolheim@sulaimanlaw.com
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nathan C. Volheim  
Nathan C. Volheim