United States District Court
Southern District of Texas
**ENTERED**
November 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHASITY S. SOLIZ, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-03579 |
| § | |
| GC SERVICES LIMITED PARTNERSHIP, § § | |
| Defendant. § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Dkt. No. 12).

Accordingly, it is Ordered that this case is dismissed without prejudice.

It is so ORDERED.

SIGNED on this 13th day of November, 2019.

_____
Kenneth M. Hoyt
United States District Judge